FILED

Reset Form

2021 MAR 23  AM 10:34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ___JB___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br><br>v.<br>Kentrell D. Gaulden<br>aka YoungBoy Never Broke Again<br>NBA YoungBoy, YB<br>DEFENDANT(S). | CASE NUMBER<br><br>21-CR-14-SDD-SDJ<br>21MJ01413<br><br>DECLARATION RE<br>OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: Erin Wilder-Doomes, U.S. Magistrate Judge
in the __Middle__ District of __Louisiana__ on __March 10, 2021__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __September 28, 2020__
in violation of Title __18__ U.S.C., Section(s) __922(g)(1)__
to wit: _____

A warrant for defendant's arrest was issued by: __Erin Wilder-Doomes, US Magistrate Judge__

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3-23-2021__
　　　　　　　　Date

_[signature]_
Signature of Agent

__Dezmond Beverly__
Print Name of Agent

__FBI__
Agency

__Special Agent__
Title

CR-52 (03/20)　　　DECLARATION RE OUT-OF-DISTRICT WARRANT