FILED

2021 MAR 23 AM 10: 34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ___SB___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| v. PLAINTIFF | 21-CR-14-SDD-SDJ |
| Kentrell D. Gaulden aka Youngboy Never Broke Again, NBA Youngboy | REPORT COMMENCING CRIMINAL ACTION |
| USMS# | DEFENDANT |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

**21MJ01413**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 3-22-2021 at 2:24 ☐ AM ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:
Title 18 U.S.C Sections 922(g)(1)

5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☑ No ☐ Yes Language: _____

7. Year of Birth: 1999

8. Defendant has retained counsel: ☑ No
☐ Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: Ninetta Smith

10. Remarks (if any): N/A

11. Name: Desmond Beverly (please print)

12. Office Phone Number: 703-795-7461

13. Agency: FBI

14. Signature: _____

15. Date: 3-23-2021

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION