UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INDICTMENT FOR POSSESSION OF FIREARMS BY A
CONVICTED FELON, POSSESSION OF A FIREARM NOT REGISTERED IN THE
NATIONAL FIREARMS REGISTRATION AND TRANSFER RECORD,
AND NOTICE OF FORFEITURE

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-14-SDD-SDJ |
| versus | 18 U.S.C. § 922(g)(1) |
| | 26 U.S.C. § 5861(d) |
| KENTRELL D. GAULDEN, | 18 U.S.C. § 924(d) |
| a/k/a "YoungBoy Never Broke Again," | 28 U.S.C. § 2461(c) |
| a/k/a "NBA YoungBoy," | 26 U.S.C. § 5872 |
| a/k/a "YB," and | |
| MORROW D. BATTIE | 21MJ01413 |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about September 28, 2020, in the Middle District of Louisiana, **KENTRELL D. GAULDEN, a/k/a "YoungBoy Never Broke Again," a/k/a "NBA YoungBoy," a/k/a "YB,"** defendant herein, knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, a felony, knowingly did possess firearms, that is, a Glock model 21, .45 caliber pistol, bearing serial number AETT723, and a Masterpiece Arms model MPA30T, 9 mm firearm, bearing serial number FX14873, with an attached Magpul "RVG Vertical Grip," said firearms having been shipped and transported in interstate and foreign commerce.

The above is a violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

On or about September 28, 2020, in the Middle District of Louisiana, **MORROW D. BATTIE**, defendant herein, knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, a felony, knowingly did possess firearms, that is, a Glock model 21, .45 caliber pistol, bearing serial number AETT723, and a Masterpiece Arms model MPA30T, 9 mm firearm, bearing serial number FX14873, with an attached Magpul "RVG Vertical Grip," said firearms having been shipped and transported in interstate and foreign commerce.

The above is a violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

On or about September 28, 2020, in the Middle District of Louisiana, **KENTRELL D. GAULDEN, a/k/a "YoungBoy Never Broke Again," a/k/a "NBA YoungBoy," a/k/a "YB,"** defendant herein, knowingly did possess a firearm as defined by Title 26, United States Code, Section 5845(a)(5), that is, a Masterpiece Arms model MPA30T, 9 mm firearm, bearing serial number FX14873, with an attached Magpul "RVG Vertical Grip," which firearm was not registered to him in the National Firearms Registration and Transfer Record.

The above is a violation of Title 26, United States Code, Section 5861(d).

## COUNT FOUR

On or about September 28, 2020, in the Middle District of Louisiana, **MORROW D. BATTIE**, defendant herein, knowingly did possess a firearm as defined by Title 26, United States Code, Section 5845(a)(5), that is, a Masterpiece Arms model MPA30T, 9 mm firearm, bearing serial number FX14873, with an attached Magpul "RVG Vertical Grip," which firearm

was not registered to him in the National Firearms Registration and Transfer Record.

The above is a violation of Title 26, United States Code, Section 5861(d).

## NOTICE OF FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 26 United States Code, Section 5872.

Upon conviction of the offenses alleged in Count One and Count Two of this Indictment, **KENTRELL D. GAULDEN, a/k/a "YoungBoy Never Broke Again," a/k/a "NBA YoungBoy," a/k/a "YB,"** and **MORROW D. BATTIE**, defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of those offenses, including, but not limited to, a Glock model 21, .45 caliber pistol, bearing serial number AETT723, and a Masterpiece Arms model MPA30T, 9 mm pistol, bearing serial number FX14873, with an attached Magpul "RVG Vertical Grip."

Upon conviction of the offenses alleged in Count Three and Count Four of this Indictment, **KENTRELL D. GAULDEN, a/k/a "YoungBoy Never Broke Again," a/k/a "NBA YoungBoy," a/k/a "YB,"** and **MORROW D. BATTIE**, defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d); Title 26, United States Code, Section 5872; and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the commission of those offenses, including,

but not limited to, a Masterpiece Arms model MPA30T, 9 mm pistol, bearing serial number FX14873, with an attached Magpul "RVG Vertical Grip."

| UNITED STATES OF AMERICA, BY | A TRUE BILL |
|---|---|
| *[signature]* <br> ELLISON C. TRAVIS <br> ACTING UNITED STATES ATTORNEY <br> MIDDLE DISTRICT OF LOUISIANA | **REDACTED PER PRIVACY ACT** <br> GRAND JURY FOREPERSON |
| *[signature]* <br> WILLIAM K. MORRIS <br> ASSISTANT UNITED STATES ATTORNEY | 3/10/21 <br> DATE |
| *[signature]* <br> DAMARÉ THERIOT <br> TRIAL ATTORNEY <br> ORGANIZED CRIME AND GANG SECTION | |

## Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City     Baton Rouge

County/Parish     East Baton Rouge

Matter to be sealed:    No ____   Yes __X__

**Related Case Information:**

Superseding Indictment ____   Docket Number _____
Same Defendant _____   New Defendant __X__
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Kentrell D. Gaulden
Alias: a/k/a YoungBoy Never Broke Again, NBA YoungBoy, YB

**U.S. Attorney Information:**

AUSA: William K. Morris     Bar #: LABN 28694

Interpreter: ☒ No   ☐ Yes     List language and/or dialect: _____

**Location Status:**

Arrest Date _____
____ Already in Federal Custody
____ Already in State Custody
____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: __2__

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18:922(g)(1) | Possession of firearms by convicted felon | 1 | Felony |
| 26:5861(d) | Possession of a firearm not registered in the National Firearms Registration and Transfer Record | 3 | Felony |

Date: 3/10/21     Signature of AUSA: /s/ William K. Morris

District Court Case Number (To be filled in by deputy clerk): _____

## Criminal Cover Sheet          U.S. District Court

**Place of Offense:**      **Matter to be sealed:** ____ No __X__ Yes

City     Baton Rouge      **Related Case Information:**

County/Parish   East Baton Rouge

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name:    Morrow D. Battie

**U.S. Attorney Information:**

AUSA:    William K. Morris      Bar #:   LABN 28694

**Interpreter:** ☒ No ☐ Yes      List language and/or dialect: _____

**Location Status:**

Arrest Date _____
____ Already in Federal Custody
____ Already in State Custody
____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: __2__

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18:922(g)(1) | Possession of firearms by convicted felon | 2 | Felony |
| 26:5861(d) | Possession of a firearm not registered in the National Firearms Registration and Transfer Record | 4 | Felony |

Date: __3/10/21__      Signature of AUSA: _[signature]_

District Court Case Number (To be filled in by deputy clerk): _____